IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 3:09CR389 |
| | ) | |
| vs | ) | Hon. Judge Jack Zouhary |
| | ) | |
| Churchill, Kevin | ) | SURRENDER ORDER |
| 43947-060 | ) | |
| Defendant | ) | ********* |

TO:  UNITED STATES MARSHAL:

IT IS HEREBY ORDERED that Kevin Churchill, the Defendant, having been sentenced in the above case to the custody of the United States Bureau of Prisons, is hereby ordered to surrender himself to the United States Bureau of Prisons by reporting to the following designated institution: FCI Forence in Florence, CO, on 02/23/2010, no later than 12:00 P.M.

*s/*   *Jack Zouhary*   2/1/10
UNITED STATES DISTRICT JUDGE